1  **KRIS J. KRAUS**
   California Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Kris_Kraus@fd.org
5

6  Attorneys for Defendant

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) Case No. 08MJ1301
                                    )
11        Plaintiff,                )
                                    )
12 v.                               ) **NOTICE OF ATTORNEY APPEARANCE**
                                    )
13 MARIO OCHOA-LOPEZ,               )
                                    )
14        Defendant.                )
                                    )
15 _____  )

16      Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Kris

17 J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

18 above-captioned case.

19                                   Respectfully submitted,

20

21 Dated: May 1, 2008              /s/ Kris J. Kraus
                                   **KRIS J. KRAUS**
22                                 Federal Defenders of San Diego, Inc.
                                   Attorneys for Defendant
23                                 Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: May 1, 2008                    */s/ Kris J. Kraus*
                                      **KRIS J. KRAUS**
                                      Federal Defenders of San Diego, Inc.
                                      Kris_Kraus@fd.org